# Supreme Court of Kentucky

2022-SC-0120-MR

ALEX RYAN PAYNE                                                          APPELLANT


|     | ON APPEAL FROM DAVIESS CIRCUIT COURT |
| --- | --- |
| V.  | HONORABLE LISA JONES, JUDGE |
|     | NO. 19-CR-00834 |


COMMONWEALTH OF KENTUCKY                                                  APPELLEE


## ORDER DENYING PETITION FOR REHEARING

The Petition for Rehearing, filed by the Appellant, of the Opinion of the

Court, rendered June 15, 2023, is DENIED.

All sitting.  All concur.

ENTERED: December 14, 2023

_____
CHIEF JUSTICE